UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
OCT 0 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

BERNARD LEVI,

    Petitioner,

v.

U.S. DISTRICT COURT
DISTRICT OF COLUMBIA,

    Respondent.

Civil Action No. 07-1656

### ORDER

It is hereby

ORDERED that petitioner's application to proceed *in forma pauperis* is GRANTED. It is further

ORDERED that the petition for writ of mandamus, seeking to compel the district court to act on a complaint submitted in July 2007, is DISMISSED. The complaint to which petitioner refers has been filed, and the Court already has issued an Order transferring that case to the United States District Court for the Middle District of Pennsylvania. *See Levi v. Lappin*, Civ. No. 07-1656 (UNA) (D.D.C. Sept. 20, 2007) (transfer order).

SO ORDERED.

_____
United States District Judge

Date: 10/4/07