# United States Court of Appeals
### For The District of Columbia Circuit

---

**No. 07-5298**                                    **September Term, 2007**

Filed On:

In re: Bernard Sheldon Levi,
       Petitioner

> UNITED STATES COURT OF APPEALS
> FOR DISTRICT OF COLUMBIA CIRCUIT
> **FILED**
> OCT 17 2007
> **CLERK**

### ORDER

    Upon consideration of the petition for a writ of mandamus, the motion for leave to proceed in forma pauperis, and the district court's order filed September 20, 2007, transferring No. 07cv1656, <u>Levi v. Lappin</u>, to the United States District Court for the Middle District of Pennsylvania, it is

    **ORDERED** that the petition and motion be dismissed as moot.

    The Clerk is directed to transmit to petitioner a copy of this order and a copy of the district court's September 20, 2007, transfer order.

                                                  FOR THE COURT:
                                                  Mark J. Langer, Clerk

                                       BY: _/s/_

                                                  Mark Butler
                                                  Deputy Clerk